ACCEPTED
05-24-00114-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/8/2024 3:51 AM
RUBEN MORIN
CLERK



# FELICIA PITRE
## DALLAS COUNTY DISTRICT CLERK

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
03/08/24 3:51:30 AM

Ruben Morin
Clerk

### CIVIL & FAMILY COURT RECORD REQUEST

Requester's Name: Rachel Elisabeth Kotzin     Telephone: (903) 423-5757

Requester's Address: 11816 Inwood Road #1157 Dallas, Texas 75244

Requester's email: rachel.kotzin2682@gmail.com

I am requesting copies of records pertaining to the following case:
*A search fee of $5 may be charged if I have provided incomplete or information in error.*

Case Number (if known): DF-22-09783     Year Case Filed: 2022

Name of Plaintiff: Rachel Elisabeth Kotzin

Name of Defendant: Kevin Antone Austin

| | | |
|---|---|---|
| Will you require Certified Copies?* | ☐ Yes | ☑ No |
| Do you want the copies sent to you electronically? *Be sure you have provided a **legible** email above* | ☑ Yes | ☐ No The Clerk's record was on a disc, which cannot be used on any computers as confirmed by Staples, Office Depot, and Libraries throughout the Metroplex. |
| Do you want the copies sent to you by mail? *Be sure you have included a **legible** address above* | ☐ Yes | ☑ No |
| I am only requesting the Final Judgment | ☐ Yes | ☑ No The copies were **not** electronically sent to me as requested. |

If no, these are the additional documents exactly as they are entitled in the court's case record:

Please review the below omitted records that were requested on February 11, 2024 before the clerk's record
was prepared. These records were not apart of the Clerk's record as requested and pertinent to this case.
Texas Rule of Appellate Procedure 34.5(b)(1-2).

Please be sure you have reviewed the applicable copy and service fees for Records on the District Clerk's website. The Records office will send you an invoice for that amount. You may send your check or money order to the address below; pay in person at the counter; or pay online by visiting the District Clerk's website. Many older records are located off-site and can take up to six weeks to retrieve. A search fee of $5 is assessed for all records retrieved from the warehouse.

**Email Requests to:**          DCRecords@dallascounty.org

**Mail Requests to:**          Dallas County District Clerk
                                       Attn: Civil & Family Court Records
                                       George Allen Courts Building
                                       600 Commerce St. Ste. B-30
                                       Dallas, Texas 75202

---

* All certified copies are $1 per page whether in paper or electronic form. A 'certified copy' is a copy of a document issued by a court guaranteed to be a true and exact copy of the original. Many agencies and institutions require certified copies of legal documents before permitting certain transactions.

**<u>Per Texas Rule of Appelate Procedure 34.5 (a) Contents: the Clerk's Record must include copies of the following:</u>**

(1) all pleadings on which the trial was held;

(2) the notice of appeal;

(3) any request for a reporter's record, including any statement of points or issues under Rule 34.6(c);

(4) any request for preparation of the clerk's record;

(5) any filing that a party designates to have included in the record.

Per Texas Rule of Appelate Procedure 34.5 (b) Request for Additional Items.

(2) Request Must be Specific. A party requesting that an item be included in the clerk's record must specifically describe the item so that the clerk can readily identify it. The clerk will disregard a general designation, such as one for "all papers filed in the case."

**1. Please include the below pleadings AND all documents submitted with each filings, and the Certificate of Service included AND must be included with the Clerk's Record:**

September 7, 2023- Correspondence- Letter to file" that is reflected on court records as being filed on September 7, 2023.

July 19, 2022: Aff & Other Docs-UCCEJA Meeting

July 21, 2022: Petitioner's Affidavit

August 1, 2022: Respondent's Original Answer

August 1, 2022: Respondent's Counterpetition in SAPCR

August 3, 2022: Petitioner's Petition to Modify SAPCR

August 9, 2022: Petitioner's Application For Habeas Corpus

August 9, 2022: Petitioner's Motion to Set Aside Default Judgement

August 9, 2022: Petitioner's Motion to Vacate

August 9, 2022: Issue Writ of Habeas Corpus

August 11, 2022: Writ of Habeas Corpus

November 3, 2022: Petitioner's Motion for Temporary Orders

September 7, 2023: Motion to Recuse

September 14, 2023: UA Test Results- Kevin Austin

January 5, 2023: Petitioner's Motion for Reconsideration

June 20, 2023: Petitioner's Emergency Motion for Further Temporary Orders

August 2, 2023: Petitioner's Application for Temporary Restraining Order

August 7, 2023: Emergency Motion for Stay of Summer Standard Possession Order

August 7, 2023: Petitioner's Request for Findings of Facts and Conclusions of Law

August 7, 2023: Petitioner's Notice of Request for De Novo Hearing on Associate Judge Moore Order on Petitioner's Application for Temporary Restraining Order and Alternative Motion to Stay or Abate Associate Judge 12/2/22 Report

August 29, 2023: Respondent's Petition to Modify Parent-Child RelationshipMotion to Modify Final Order

August 30, 2023: Respondent's Petition & Affidavit For Writ of Habeas Corpus, Affidavit, **

September 7, 2023: Petitioner's Motion for Recusal/Disqualification

September 7, 2023: Results of the Child's Interview with Family Services **

September 11, 2023: Petitioner's Emergency Notice of Appeal

September 12, 2023: Motion to Withdraw Attorney

September 25, 2023: Petitioner's Opposition to Counsel Motion for Withdraw

September 28, 2023: Respondent's Second Amended Original Counterpetition in SAPCR W/Exhibits **

September 29, 2023: Modified Temporary Orders in SAPCR *

October 16, 2023: Respondent's Notice of Zoom Hearing

November 1, 2023: Petitioner's Miscellaneous: Address Confidentiality, Request for Nondisclosure, Part of Victims Crime Application, and Pseudonym Form for Survivors Form.

November 3, 2023: Petitioner's Demand Letter

November 7, 2023: Petitioner's Request to Cease and Desist Letter

November 13, 2023: Petitioner's Emergency Request to the Court **

November 20, 2023: Petitioner's Motion for Contempt (Court wrote Clarify?)**

## 3. Include below records which MUST include Certificate of Service with Order including, but not limited to:

October 2, 2023- Order on Petitioner's Agreed Motion for Counsel to Withdraw**

September 29, 2023: Modified Temporary Orders in Suit to Modify Parent-Child Relationship

**PLEASE include: "Respondent/Counter Petitioner's Requested Relief" that Judge Streete signed. Respondent provided this to the child's school stating, "new court order, mother has no rights to child and education," this was confirmed by the school.**



*In The Court of Appeals for the Fifth District of Texas at Dallas*

CAUSE NO. 05-24-00114-CV

CERTIFICATE OF SERVICE

I, Rachel Elisabeth Kotzin, HEREBY CERTIFY that on this 8th day of March 2024, a true and correct copy of the foregoing *Clerk Record Requests* was filed with the Clerk of Court and served in compliance with Tex. R. App. P. 95(b)(1) via the court electronic filing manager on the following:

Appellee, Pro Se
**Kevin Antone Austin**
3234 Reed Crossing Street
St. Charles, Missouri 63301

kevina.austin@yahoo.com
*DELIVERED VIA E-FILE*

Appellee, **Matthew Deal**
Assistant Attorney General, Child Support Division
P.O. Box 12017, Mail Code 038-1
Austin, Texas 78711-2017

matthew.deal@oag.texas.gov
*DELIVERED VIA E-FILE*

Appellee, **Deterrean Gamble**
Assistant Attorney General, Child Support Division
P.O. Box 12017, Mail Code 038-1
Austin, Texas 78711-2017

csd-appeals@oag.texas.gov
*DELIVERED VIA E-FILE*

Appellee, **Nicole Loya**
Assistant Attorney General, Child Support Division
P.O. Box 12017, Mail Code 038-1
Austin, Texas 78711-2017

csd-legalserviceassist@oag.texas.gov
*DELIVERED VIA E-FILE*

**Clerk of Records- Felicia Pitre**

Dallas County 256th District Court
Civil & Family Court Records
600 Commerce Street, Suite B-30
Dallas, Texas 75202

DCRecords@dallascounty.org
Felicia.Pitre@dallascounty.org
*DELIVERED VIA E-FILE*

Dated: March 8, 2024

*Rachel Kotzin*
Appellate, Pro Se
11816 Inwood Road #1157
Dallas, Texas 75244

(903) 423-5757
rachel.kotzin2682@gmail.com

Verified by pdfFiller
03/08/2024

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 85338425
Filing Code Description: Clerk's Record
Filing Description: Omitted Clerk Records
Status as of 3/8/2024 8:46 AM CST

Associated Case Party: Rachel Kotzin

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rachel Kotzin | | rachel.kotzin2682@gmail.com | 3/8/2024 3:51:30 AM | SENT |

Associated Case Party: KevinAntoneAustin

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kevin AntoneAustin | | kevina.austin@yahoo.com | 3/8/2024 3:51:30 AM | SENT |

Associated Case Party: DistrictClerk

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| District Clerk | | DCRecords@dallascounty.org | 3/8/2024 3:51:30 AM | SENT |

Associated Case Party: DeterreanGamble

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Deterrean Gamble | | csd-appeals@oag.texas.gov | 3/8/2024 3:51:30 AM | SENT |

Associated Case Party: FeliciaPitre

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Felicia Pitre | | Felicia.Pitre@dallascounty.org | 3/8/2024 3:51:30 AM | SENT |

Associated Case Party: NicoleLoya

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 85338425
Filing Code Description: Clerk's Record
Filing Description: Omitted Clerk Records
Status as of 3/8/2024 8:46 AM CST

Associated Case Party: NicoleLoya

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicole Loya | | csd-legalserviceassist@oag.texas.gov | 3/8/2024 3:51:30 AM | ERROR |

Associated Case Party: MatthewDeal

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Matthew Deal | | matthew.deal@oag.texas.gov | 3/8/2024 3:51:30 AM | ERROR |